**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| BRADLEY ROBBINS, Individually, and on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) NO. 3:17-cv-138-MPM-JMV ) |
| FLOWERS FOODS, INC., and FLOWERS BAKING CO. OF BATESVILLE, LLC, | ) ) ) |
| Defendants. | ) |

**ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL RELIEF FROM LOCAL RULES REQUIRING LOCAL COUNSEL TO ATTEND PROCEEDINGS**

This matter comes before the Court upon the motion for partial relief from the local rules that require local counsel to attend all proceedings [43]. Upon due consideration, the Court finds the motion is not well taken and should be denied.

Specifically, counsel's request to be excused from all depositions is overly broad and unsupported by good cause. Counsel cites no health-related or other valid reason to justify suspension of the local rules in such a blanket fashion. Accordingly, the instant motion is denied.

SO ORDERED this, the 6th day of December, 2017.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE