# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**BRADLEY ROBBINS, Individually, and on
Behalf of all others similarly situated,**                               **PLAINTIFF**

**V.**                                 **CIVIL ACTION NO. 3:17-cv-138-MPM-JMV**

**FLOWERS FOODS, INC., and FLOWERS
BAKING CO. OF BATESVILLE, LLC,**                               **DEFENDANTS**

## ORDER GRANTING IN PART JOINT MOTION TO STAY
## PENDING SETTLEMENT APPROVAL

THIS CAUSE having come before the Court on the Joint Motion to Stay Pending Settlement Approval filed by the parties, and the Court, being fully advised in the premises, and for good cause shown, finds that the Motion should be granted in part.

IT IS, THEREFORE, ORDERED that all proceedings in this matter, including all pending deadlines, are hereby stayed for an initial period of sixty (60) days at the termination of which, a status conference will be held to determine whether the stay shall be extended or lifted.

This, the 1st day of October, 2018.

                                                /s/ Jane M. Virden
                                                UNITED STATES MAGISTRATE JUDGE