# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

| | |
|---|---|
| BRADLEY ROBBINS, Individually, and on behalf of all others similarly-situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:17-cv-138-MPM-JMV ) |
| FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF BATESVILLE, LLC, | ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS TALMADGE REYNOLDS, DELBERT ARMSTRONG, VALENTI ARMSTEAD, AND BRANDON MCCOLLINS ONLY

Pursuant to the Stipulation of Dismissal filed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims by opt-in Plaintiffs Talmadge Reynolds, Delbert Armstrong, Valenti Armstead, and Brandon McCollins against Defendants Flowers Foods, Inc. and Flowers Baking Co. of Batesville, LLC are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 22nd day of October, 2018.

/s/ MICHAEL P. MILLS
**UNITED STATES DISTRICT JUDGE NORTHERN DISTRICT OF MISSISSIPPI**