IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| BRADLEY ROBBINS, Individually, and on behalf of all others similarly-situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:17-cv-138-MPM-JMV ) |
| FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF BATESVILLE, LLC, | ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendants Flowers Foods, Inc., Flowers Baking Co. of Knoxville, LLC, and Flowers Baking Co. of Morristown, LLC (collectively "Defendants") and Plaintiff Bradley Robbins ("Plaintiff") (collectively "the parties") notify the Court that the parties' settlement agreement was approved on February 27, 2019 in the consolidated lawsuit *Matthew Green et al. v. Flowers Foods, Inc. et al.*, No. 1:19-cv-01021-STA-egb, in the United States District Court for the Western District of Tennessee, Eastern Division in the order attached as Exhibit 1. Accordingly, the parties request that the Court dismiss this case with prejudice pursuant to the proposed Order of Dismissal With Prejudice submitted contemporaneously with this Stipulation of Dismissal. The parties will bear their own fees and costs, except as otherwise indicated in the Settlement Agreement.

DATED: March 14, 2019　　　　Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

M. Kimberly Hodges (MS BPR # 100276)
Audrey M. Calkins (Tennessee BPR # 30093) (admission *pro hac vice*)
International Place, Tower II
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
(901) 767-6160
(901) 767-7411 (Facsimile)
audrey.calkins@odnss.com
kim.hodges@odnss.com

Jonathan O. Harris (Tennessee BPR # 21508) (admission *pro hac vice*)
401 Commerce Street, Suite 1200
Nashville, TN 37219
(615) 254-1900
(615) 254-1908 (Facsimile)
Jon.harris@odnss.com

**COUNSEL FOR DEFENDANTS FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF BATESVILLE, LLC**

LAW OFFICE OF GEORGE B. READY

George B. Ready
175 East Commerce Street
Hernando, MS 38632

JACKSON, SHIELDS, YEISER & HOLT

Gordon Jackson
Russ Bryant
Paula Jackson
262 German Oak Drive
Memphis, TN 38018

WEINMAN THOMAS LAW FIRM

Michael L. Weinman
112 S. Liberty Street, Suite 321

Jackson, TN 38302

GILBERT MCWHERTER SCOTT BOBBITT

Emily Alcorn
341 Cool Springs Blvd., Suite 2300
Franklin, TN 37067

**COUNSEL FOR PLAINTIFF
BRADLEY ROBBINS**