IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| BRADLEY ROBBINS, Individually, and on behalf of all others similarly-situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:17-cv-138-MPM-JMV ) |
| FLOWERS FOODS, INC. and FLOWERS BAKING CO. OF BATESVILLE, LLC, | ) ) ) |
| Defendants. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Stipulation of Dismissal, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Order Granting Joint Motion for Approval of FLSA Settlement and Certification under 29 U.S.C. § 216(b) for Settlement Purposes, entered in *Matthew Green et al. v. Flowers Foods, Inc. et al.*, No. 1:19-cv-01021-STA-egb, in the United States District Court for the Western District of Tennessee, all claims by Plaintiff and opt-in plaintiffs against Defendants are **DISMISSED WITH PREJUDICE**, with each party to bear its or his own fees and costs.

**IT IS SO ORDERED**, this 18th day of March, 2019.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI